United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Fatima Del Rosario Betancourt, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5691 |
| | § | |
| Martin Frink, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER FOR STATUS REPORT

Petitioner Fatima Del Rosario Betancourt filed a Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 seeking release from immigration detention at the Houston Contract Detention Facility in Houston, Texas. Doc. 1. A search of the U.S. Immigration and Customs Enforcement's Online Detainee Locator System using Petitioner's Alien Registration Number and country of birth returns zero results, which suggests Petitioner is no longer in immigration detention.[1]

Respondents are ORDERED to file a status report within three days of this Order stating whether Petitioner remains in their custody. If Petitioner is no longer in Respondents' custody, the status report must describe Petitioner's removal or release from custody with sufficient detail for the Court to determine whether the Petition has become moot.

---

[1] *See* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/ (last visited November 4, 2026).

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 9th of November, 2026.

Nicholas J. Ganjei
United States District Judge